## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 13-2478 VBK | Date | September 11, 2013 |
|---|---|---|---|
| Title | Trustees of The Operating Engineers Pension Trust et.al. v. Romero General Construction Corp. | | |

| Present: The Honorable | VICTOR B. KENTON, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| R. Horan | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

  Plaintiffs are ordered to show cause in writing no later than September 24, 2013 , why this action should not be dismissed  for lack of prosecution.

  The Court will consider the filing of the following, as an appropriate response to this Order to Show Cause, on or before the above date:

Answer by the Defendant(s)<br>
Plaintiffs filing an Application for Default (FRCivP 55a)

  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's order may result in the dismissal of the action.

                                      :     

                                  Initials of Preparer   rh