# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ROMERO GENERAL CONSTRUCTION CORP., a California corporation,<br><br>Defendant. | Case No. CV 13-02478 VBK<br><br>ASSIGNED TO THE HONORABLE VICTOR B. KENTON<br><br>~~[PROPOSED]~~ ORDER RE DISMISSAL WITH PREJUDICE |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

**IT IS HEREBY ORDERED** that:

Pursuant to the "Stipulation for Dismissal With Prejudice, entered into by and between Plaintiffs, Trustees of the Operating Engineers Pension Trust, et al., and Defendant, Romero General Construction Corp., the above-entitled case is hereby dismissed with prejudice.

DATED: March 10, 2015                     /s/
                                          HONORABLE VICTOR B. KENTON
                                          UNITED STATES MAGISTRATE JUDGE